AO91 (Rev. 12/03)   Criminal Complaint                                                                                           AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**  
vs.

Rodolfo GARCIA  
IAE  
Mexico 1983

**CRIMINAL COMPLAINT**

Case Number: 7:19-po-02602

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **January 18, 2019** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Rodolfo GARCIA was encountered by Border Patrol Agents near Havana, Texas on January 18, 2019. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on January 18, 2019 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Sanchez, Carlos  Border Patrol Agent  
Signature of Complainant

Sanchez, Carlos   Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 20, 2019                                        at       McAllen, Texas  
Date                                                                       City/State

Peter E Ormsby           U.S. Magistrate Judge  
Name of Judge             Title of Judge                                   Signature of Judge